**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Karen Kowal, individually and on behalf of all others similarly situated, | 1:22-cv-00441 |
| Plaintiff, | |
| - against - | |
| Snyder's-Lance, Inc., | |
| Defendant | |

**STIPULATION PURSUANT TO FED. R. CIV. P. 15(a)(2) PERMITTING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**

Pursuant to Rule 15(a)(2) of the Fed. R. Civ. P., Plaintiff Karen Kowal ("Plaintiff") and Defendant Snyder's-Lance, Inc. ("Defendant"), hereby stipulate that Plaintiff shall file an Amended Complaint by June 20, 2022 and Defendant will answer or respond to the Amended Complaint by July 19, 2022 based on the following facts.

1. The Complaint was filed on January 25, 2022. ECF No. 1.

2. On April 12, 2022, Defendant waived service of the summons, setting its answer or responsive pleading due on June 13, 2022. ECF No. 7.

3. The parties agree Plaintiff will have until June 20, 2022 to amend the complaint.

4. The parties agree Defendant will have until July 19, 2022 to answer or respond to the Amended Complaint.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, that Plaintiff shall file an Amended Complaint as described herein pursuant to Fed. R. Civ. P. 15(a)(2) by June 20, 2022 and Defendant will have until July 19, 2022 to answer or respond to the Amended Complaint.

Dated: May 20, 2022

Respectfully submitted,

| | |
|---|---|
| Mayer Brown LLP | Sheehan & Associates, P.C. |
| /s/Dale J. Giali | /s/Spencer Sheehan |
| dgiali@mayerbrown.com | spencer@spencersheehan.com |
| 350 S Grand Ave 25 Fl | 60 Cuttermill Rd Ste 409 |
| Los Angeles CA 90071 | Great Neck NY 11021 |
| Tel: (213) 229-9509 | Tel: (516) 268-7080 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |