## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Karen Kowal

                        Plaintiff,

v.                                                   Case No.: 1:22–cv–00441
                                                            Honorable Edmond E. Chang

Snyder's–Lance, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 17, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the stipulation, R. 11, the dismissal–motion deadline is vacated. The Plaintiff's amended complaint is due on 06/20/2022. The answer or response is due on 07/19/2022. The tracking status hearing of 06/24/2022 is reset to 07/29/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). If not dismissal motion is filed (or it is a partial dismissal motion), then the parties shall file a joint initial status report on 07/22/2022. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.